UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORDERRO DONTE MILLER,

Plaintiff,

v.

JASON SCHULTZ, ,

Defendant.

No.  2:25-cv-2015 DJC SCR P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF NO. 6.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 6) are adopted in full; and

1

2.  Plaintiff's complaint (ECF No. 1) is dismissed without leave to amend for failure to state a claim;

3.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied;

4.  The case is dismissed in its entirety without prejudice to renewal in an appropriate action;

5.  The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **February 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Mill2015.800

2